1

2

3

4

5                              **UNITED STATES DISTRICT COURT**

6                                    **DISTRICT OF NEVADA**

7   CHARLES NEWTON,                          )
                                             )
8                 Plaintiff,                 )
                                             )
9          v.                                )          2:16-cv-01770-JCM-PAL
                                             )
10  STATE OF NEVADA,                         )          **ORDER**
                                             )
11                Defendant.                 )
                                             )
12  _____ )

13  **I.      DISCUSSION**

14          Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has

15  submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to

16  proceed *in forma pauperis*.  (ECF No. 1, 1-1).

17          Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C.

18  § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in*

19  *forma pauperis* on this Court's approved form and attach both an inmate account statement

20  for the past six months and a properly executed financial certificate.  Plaintiff has not submitted

21  an application to proceed *in forma pauperis* on this Court's approved form, a properly executed

22  financial certificate, or an inmate account statement.  (*See* ECF No. 1).  As such, the *in forma*

23  *pauperis* application is denied without prejudice.  The Court will retain Plaintiff's civil rights

24  complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is

25  resolved.  Plaintiff will be granted an opportunity to cure the deficiencies of his application to

26  proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff

27  chooses to file a new application to proceed *in forma pauperis* he must file a fully complete

28  application to proceed *in forma pauperis*.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This 8th day of August, 2016.

United States Magistrate Judge